UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DENES Q., et al.,

    Plaintiffs,

    -against-

JANET CAESAR, et al.,

    Defendants.

-------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

07-CV-1281 (CBA) (JO)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge, dated August 6, 2009, recommending that this Court approve the proposed partial settlement between the plaintiffs and the City defendants as fair, reasonable, and in the best interests of the infant. As no party has objected, the Court hereby adopts the Report and Recommendation of August 6, 2009 as the opinion of the Court.

The parties' proposed partial settlement is approved. The City defendants shall pay a total of $115,000 in satisfaction of all of the plaintiffs' pending claims, with $40,611.08 in fees and costs to be paid out of that amount to the plaintiffs' attorneys, $63,069.87 to be received jointly by the plaintiffs Denes Q. and Ann Marie C., and the remaining balance of $11,319.05 to be deposited in an interest-bearing savings account at Emigrant Savings Bank located at 261 Broadway, New York, New York, and held for the infant Y.Q. until the event of her 18th birthday on March 5, 2002. This Court shall retain jurisdiction of this action for purposes of enforcing this infant compromise order and the terms of the underlying settlement. Plaintiffs' attorneys' billing records shall remain under seal until plaintiff's claims against the remaining medical

defendants are resolved, at which time the records shall then be unsealed.

The Clerk of the Court is directed to enter judgment in accordance with this order.

SO ORDERED.

Dated:    Brooklyn, New York
            September __, 2009        s/Hon. Carol B. Amon

                                                Carol Bagley Amon
                                                United States District Judge