FILED

SEP 2 7 ...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENES Q. & ANN MARIE C., individually                    JUDGMENT
and on behalf of their infant daughter, Y.Q.,            07-CV- 1281 (CBA)

                        Plaintiffs,

        -against-

JANET CAESAR, et al.,

                        Defendants.
-----------------------------------------------------------------X

        An Order of Honorable Carol Bagley Amon, United States District Judge, having

been filed on September 22, 2011, granting Defendants' motion for summary judgment with

respect to the constitutional claims; and declining to exercise jurisdiction over the state law

claims; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is

granted with respect to the constitutional claims; and that the Court declines to exercise

jurisdiction over the state law claims.

Dated: Brooklyn, New York
        September 26, 2011                              s/RCH

                                                ROBERT C. HEINEMANN
                                                Clerk of Court