UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENES Q. & ANN MARIE C., individually
and on behalf of their infant daughter, Y.Q.,

JUDGMENT
07-CV- 1281 (CBA)

Plaintiffs,

-against-

JANET CAESAR, et al.,

Defendants.
-----------------------------------------------------------------X

An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 22, 2011, granting Defendants' motion for summary judgment with respect to the constitutional claims; and declining to exercise jurisdiction over the state law claims; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted with respect to the constitutional claims; and that the Court declines to exercise jurisdiction over the state law claims.

Dated: Brooklyn, New York
       September 26, 2011

s/RCH

ROBERT C. HEINEMANN
Clerk of Court